IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BALANCED BRIDGE FUNDING, LLC,

    *Plaintiff,*

v.

MITNICK LAW OFFICE, LLC,

    *Defendant.*

CIVIL ACTION
NO. 21-4073

### ORDER

**AND NOW**, this 26th day of July 2024, upon consideration of Mitnick Law Office's Motions to Dissolve Writs of Execution (ECF Nos. 58, 59) and supplemental filings (ECF Nos. 66, 67, 69, 71, 72) and Balanced Bridge Funding's Response in Opposition (ECF No. 64) and supplemental filings (ECF Nos. 65, 68, 70, 73), and after holding a hearing on the record (ECF No. 76), it is **ORDERED** that, for the reasons explained in the Court's Memorandum:

1. the Motions are **DENIED** with respect to the 2022 writs of execution
2. The Motions are **DENIED as moot** with respect to the 2024 writs of execution.

BY THE COURT:

    */s/ Gerald J. Pappert*
    Gerald J. Pappert, J.